IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 18-3475 WJ |
| vs. | ) 18 U.S.C. § 922(g)(1): Felon in Possession |
| **ROBERT DUNSWORTH**, | ) of a Firearm and Ammunition. |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges:

On or about June 25, 2018, in Bernalillo County, in the District of New Mexico, the defendant, **ROBERT DUNSWORTH**, having been convicted of at least one of the following felony crimes punishable by imprisonment for a term exceeding one year:

(1) possession of a controlled substance with intent to distribute,

(2) shoplifting over $250,

(3) theft of a credit card,

(4) fraudulent use of a credit card,

(5) residential burglary,

(6) armed robbery,

(7) aggravated assault with a deadly weapon,

(8) possession of a firearm by a convicted felony, and

(9) misuse of a firearm,

knowingly possessed, in and affecting commerce, a firearm and ammunition.

In violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney