# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | CR 18-3475 WJ | UNITED STATES vs. Dunsworth | |
| Hearing Date: | 1/7/2019 | Time In and Out: | 9:52-9:58 / 6 min |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Robert Dunsworth | Defendant's Counsel: | Alonzo Padilla – Duty FPD |
| AUSA | Joseph Spindle | Pretrial/Probation: | Sandra Day |
| Interpreter: | N/A | | |

## Initial Appearance

- ☐ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain       ☐ Government does not recommend detention
- ☒ Set for Arraignment/Detention Hearing    on January 8, 2019    @ 9:30 am

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause       ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant detained pending hearing
- ☐ Conditions

## Other

- ☐ Matter referred to       for final revocation hearing
- ☐