AO 442 (Rev. 11/11) Arrest Warrant

FILED          RECEIVED
UNITED STATES DISTRICT COURT      MARSHALS SERVICE
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT

for the
19 JAN -7  AM 10: 51   2018 OCT 25  PM 2: 00
District of New Mexico

CLERK-ALBUQUERQUE/mn

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERT DUNSWORTH | ) | Case No.   18-3475 WJ |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   ROBERT DUNSWORTH                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition.

Date:    10/23/2018                    _____
                                                        _Issuing officer's signature_

City and state:    Albuquerque, NM                    Mitch Elfers, Acting Clerk of Court
                                                                    _Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_  10 23 18 , and the person was arrested on _(date)_  01/07/19 at _(city and state)_  Albuquerque, NM     .
Date:  01/07/19                           _____
                                                          _Arresting officer's signature_
                                                 Samuel Suparda, Special Agent ATF
                                                          _Printed name and title_ |