# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Arraignment/Detention

| | | | |
|---|---|---|---|
| Case Number: | CR 18-3475 WJ | UNITED STATES vs. Dunsworth | |
| Hearing Date: | 1/8/2019 | Time In and Out: | 9:37-9:46 / 9 min |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Robert Dunsworth | Defendant's Counsel: | Irma Rivas |
| AUSA | Joseph Spindle | Pretrial/Probation: | C. Duarte |
| Interpreter: | N/A | | |

| | PROCEEDINGS |
|---|---|
| ☐ | Defendant sworn |
| ☐ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant questioned re: time to consult with attorney regarding penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant enters a Not Guilty plea |
| ☒ | Motions due by: January 28, 2019 |
| ☒ | Discovery Order electronically entered  ☐ Discovery Order previously entered |
| ☒ | Case assigned to: Chief Judge Johnson |
| ☒ | Trial will be scheduled by presiding judge  ☐ Trial currently set |

| | Custody Status | |
|---|---|---|
| ☐ | Defendant waives detention hearing | |
| ☒ | Defendant remanded to custody of United States Marshal's Service | Defendant requests release to HWH; Government ojbects. |
| ☐ | Conditions | |

| | Other |
|---|---|
| ☐ | |