IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                   No. 18 CR 3475 WJ

ROBERT DUNSWORTH,

    Defendant.

## UNOPPOSED MOTION TO CONTINUE HEARING ON APPEAL OF DETENTION ORDER

    COMES NOW, Robert Dunsworth, Defendant, by and through his undersigned appointed counsel, Irma Rivas, Assistant Federal Public Defender, and moves to continue his appeal of detention order and respectfully requests that the hearing set for February 25, 2019, be continued.

    In support of this motion, defense counsel states the following:

    1.    On January 18, 2019, Defendant filed an appeal of the order of detention by Judge Karen B. Molzen. The Court set this for hearing on February 25, 2019.

    2.    Mr. Dunsworth would like the Court to have information about health issues he suffers. Additional time, approximately 45 days, will allow his counsel to request medical records in support of his motion.

    3.    Counsel for the Government, Thomas Outler, does not oppose the relief requested.

**WHEREFORE**, the defendant respectfully requests this Court vacate the appeal of detention order hearing of February 25, 2019 and continue the setting for 45 days in an effort to provide counsel additional time to request medical records in support of his appeal.

| | |
|---|---|
| I HEREBY CERTIFY THAT on February 21, 2019, I filed the foregoing electronically through the CM/ECF system, which caused AUSA Thomas Outler to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.<br><br> */s/ Electronically filed* | Respectfully submitted,<br><br>FEDERAL PUBLIC DEFENDER<br>111 Lomas Blvd., NW, Suite 501<br>Albuquerque, NM 87102<br>(505) 346-2489<br><br> */s/ Electronically filed 2/21/19*<br>IRMA RIVAS, AFPD<br>Attorney for Mr. Dunsworth |