UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              CR18-3475 WJ

ROBERT DUNSWORTH,

        Defendant.

## ORDER DENYING DEFENDANT'S
## APPEAL FROM MAGISTRATE DETENTION ORDER

**THIS MATTER** is before the Court on the Defendant's Appeal from Magistrate Detention Order and the hearing held April 10, 2019.  The Court, having heard oral argument, having reviewed the written pleadings, and having reviewed the Pretrial Services report, determines, for the reasons stated on the record, that the motion should be denied.  More specifically, the Court finds for the reasons stated on the record that the United States established risk of flight by a preponderance of the evidence and established dangerousness to any other person or to the community by clear and convincing evidence.

**IT IS THEREFORE ORDERED** that the Defendant's Appeal from Magistrate Detention Order (Doc. 15) is denied.  The Defendant shall remain in the custody of the United States Marshal pending trial or further order of the Court.

                                                        WILLIAM P. JOHNSON
                                                        UNITED STATES DISTRICT JUDGE