IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 18-03475-WJ |
| | ) | |
| vs. | ) | |
| | ) | |
| **ROBERT DUNSWORTH**, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

THIS MATTER having come before the Court on the unopposed motion of the United States for extension of time to answer Defendant's motion, and the Court being otherwise fully advised in the premises, FINDS that the ends of justice served by the granting of the continuance sought outweighs the best interest of the public and the defendant in a speedy trial, and the Court being otherwise fully advised in the premises, finds that the motion is well taken and will be GRANTED.

IT IS THEREFORE ORDERED that the United States is granted an extension to December 30, 2019, to file its response to Defendant's Motion to Suppress Evidence, filed December 2, 2019 (Doc. 39).

WILLIAM P. JOHNSON
CHIEF U.S. DISTRICT JUDGE