IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 18-03475-WJ |
| v. ) | |
| ) | |
| **ROBERT DUNSWORTH**, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' SECOND UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

The United States of America, by and through its attorney, Thomas A. Outler, Special Assistant United States Attorney, respectfully moves this Court for an extension of time, until January 9, 2020, to respond to Defendant's Motion to Suppress Evidence (Doc. 39.). As grounds therefore, the United States provides the following:

1. On October 23, 2018, Defendant was indicted and arrested for a violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2): Felon in Possession of a Firearm and Ammunition.

2. On January 7, 2019, Defendant was arraigned on the indictment, and was ordered to remain in the custody of the United States Marshals Service pending trial.

3. On December 2, 2019, Defendant filed his Motion to Suppress Evidence. *See* Doc. 39.

4. During the original and extended response time the undersigned counsel has had numerous court settings and has been preparing a response brief for the Tenth Circuit, all of which have prevented counsel from having adequate time to prepare a response brief.

Additionally, during the last week, counsel has been ill and out of the office. The requested extension will not impact any case deadlines.

5. Counsel for Defendant does not oppose the extension of time for filing the United States' response.

6. The parties agree that the needs of justice that would be served by granting the requested extension outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, the United States respectfully requests that this Court grant an extension of time, from the current response deadline of December 16, 2019, until January 9, 2020, for the filing of its response to Defendant's motion.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*/s/Thomas A. Outler*
Thomas A. Outler
Special Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274

I hereby certify that on the 27th day of
December, 2019, I filed the foregoing using CM/ECF,
which caused the following parties or counsel to
be served by electronic means, as more fully reflected
on the Notice of Electronic filing:

    Ms. Irma Rivas
    Attorney for Defendant
    Irma_Rivas@fd.org


*/s/ Thomas A. Outler*
Thomas A. Outler
Assistant United States Attorney