IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                           No. 18 CR 03475

ROBERT DUNSWORTH,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

    NOW COMES the defendant, Robert Dunsworth, by and through his counsel, Irma Rivas, Assistant Federal Public Defender, and moves the Court to extend the time to file a reply in this case. Currently, a reply is due on Thursday, January 23, 2020. A fourteen (14) day extension would require the reply be filed Thursday, February 6, 2020.

    As grounds for this request, counsel states:

    1.    Mr. Dunsworth is currently in custody at the Santa Fe County Adult Detention Facility. After Mr. Dunsworth met with counsel to discuss the reply to the government's response, additional investigation will be required. This investigation is important to Mr. Dunsworth as this investigation will result in a more accurate and complete reply to be filed in his case.

    2.    Special Assistant U.S. Attorney Thomas Outler does not oppose this motion.

WHEREFORE, defendant Robert Dunsworth requests that the Court extend the deadline for filing a reply by fourteen (14) days, or until February 6, 2020.

| | |
|---|---|
| I HEREBY CERTIFY THAT on the 22nd Day of January 2020, I filed the foregoing electronically through the CM/ECF system, which caused SAUSA Thomas Outler to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. | Respectfully submitted,<br><br>FEDERAL PUBLIC DEFENDER<br>111 Lomas NW, Suite 501<br>Albuquerque, NM 87102<br>(505) 346-2489<br><br>/s/  *filed electronically*    .<br>IRMA RIVAS, AFPD<br>Attorney for Defendant |
|       *filed electronically* | |