IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                                                      No. 18 CR 03475

ROBERT DUNSWORTH,

      Defendant.

**UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY**

NOW COMES the defendant, Robert Dunsworth, by and through his counsel, Irma Rivas, Assistant Federal Public Defender, and moves the Court to extend the time to file a reply in this case. Currently, a reply is due on Thursday, February 6, 2020. A fourteen (14) day extension would require the reply be filed Thursday, February 20, 2020.

As grounds for this request, counsel states:

1. Mr. Dunsworth is currently in custody at the Santa Fe County Adult Detention Facility. After Mr. Dunsworth met with counsel to discuss the reply to the government's response, additional investigation was required. This investigation requires more time to complete. Further, defense counsel was out of the office for training purposes on January 29th through 31st, 2020 and has been on duty for the week of February 3rd, 2020, which has slowed the progress of the investigation and completion of the reply.

2. Special Assistant U.S. Attorney Thomas Outler does not oppose this motion.

WHEREFORE, defendant Robert Dunsworth requests that the Court extend the deadline for filing a reply by fourteen (14) days, or until February 20, 2020.

| | |
|---|---|
| I HEREBY CERTIFY THAT on the<br>6th Day of February 2020, I filed<br>the foregoing electronically through the<br>CM/ECF system, which caused SAUSA<br>Thomas Outler to be served by electronic<br>means, as more fully reflected on the<br>Notice of Electronic Filing. | Respectfully submitted,<br><br>FEDERAL PUBLIC DEFENDER<br>111 Lomas NW, Suite 501<br>Albuquerque, NM 87102<br>(505) 346-2489<br><br> /s/   *filed electronically*          .<br>IRMA RIVAS, AFPD<br>Attorney for Defendant |

          *filed electronically*