IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                  No. 18 CR 3475 WJ

ROBERT DUNSWORTH,

      Defendant.

## 7th UNOPPOSED MOTION TO CONTINUE TRIAL AND MOTION DEADLINES

NOW COMES the defendant, Robert Dunsworth, by and through his counsel, Irma Rivas, Assistant Federal Public Defender, and moves the Court to continue the trial set for March 9, 2020.

As grounds for this request, counsel states:

1. Under the Speedy Trail Act, a trial must commence within seventy days of the Defendant's first appearance in District Court, the filing of an Information, or the return of an Indictment, whichever is later. 18 U.S.C. § 3161, subd. [c][1]. However, some delay can be excluded from this seventy-day requirement if the Defendant files pre-trial motions, if the Defendant is subjected to other, related proceedings, or if the District Court determines that the ends of justice will be served by granting the requested continuance. 18 U.S.C. § 3161, subd. [h][1][D], [h][1][B] and [h][7][A]. However, in order to justify a continuance based on the ends of justice, the record must contain a detailed explanation for why the mere occurrence of the event identified by the party seeking a continuance results in the need for additional time. *United States v. Toombs,* 574 F.3d 1262, 1271 (10th Cir. 2009).

2. The defendant Mr. Dunsworth was arraigned in this case on January 8, 2019 before United States Magistrate Judge Karen B. Molzen on the charge of Possession of a Firearm by a Felon. Mr. Dunsworth is in the custody of the United States Marshals and housed at the Santa Fe County Adult Detention Center.

3. Discovery in this case was received January 16, 2019. Additional items of discovery were received on March 11, 2019. Mr. Dunsworth's criminal history is an issue, which took some time to sort out. On October 22, 2019, this Court granted defendant's motion for a Presentence Investigation Report, Form 13. (Doc. 36). On January 8, 2020, defense counsel received the completed Form 13 report.

4. On December 2, 2019, defendant, through defense counsel, filed a motion for suppression of evidence. Government's response was filed January 9, 2020. Defendant's reply was filed February 20, 2020. Moving forward on March 9, 2020 would not give counsel sufficient time to fully litigate the motion to suppress evidence.

5. Mr. Dunsworth agrees, by the filing of this motion, that the period of continuance will not be included in the calculation of time within which this cause must be disposed pursuant to the Speedy Trial Act. 18 U.S.C. §3161(h)(7)(A). Failure to grant such a continuance would likely result in a miscarriage of justice. *United States v. Toombs*, 574 F.3d 1262, 1268 (10th Cir. 2009).

6. Defense counsel also respectfully requests a continuance of motion deadlines.

7. Assigned Special Assistant United States Attorney Thomas Outler does not oppose this continuance.

WHEREFORE, defendant Robert Dunsworth requests that the Court continue the trial of his cause for 60 days, or as long as the court finds appropriate.

| | |
|---|---|
| I HEREBY CERTIFY THAT on the 21st Day of February  2020, I filed the foregoing electronically through the CM/ECF system, which caused SAUSA Thomas Outler to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. | Respectfully submitted,<br><br>FEDERAL PUBLIC DEFENDER<br>111 Lomas NW, Suite 501<br>Albuquerque, NM 87102<br>(505) 346-2489<br><br> /s/   *filed electronically*          .<br>IRMA RIVAS, AFPD<br>Attorney for Defendant |
|        *filed electronically* | |

3