# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes

**Before the Honorable Chief Judge William P. Johnson**

**Case No.:** CR 18-3475 WJ          **Date:** March 10, 2020

**Parties:** USA v. Robert Dunsworth

**Courtroom Clerk:** R. Garcia          **Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Hearing on Defendant's Motion to Suppress Evidence (Doc. 39).

**Place of Court:** Albuquerque

**Total time in Court:** 2 hours and 16 minutes

**Evidentiary Hearing:** YES

| **Attorneys Present for Plaintiff(s):** | **Attorneys Present for Defendant(s):** |
|---|---|
| Thomas Outler | Irma Rivas |

**Proceedings:**

9:38   Court in session; counsel enter appearances; Defendant present.

   Mr. Outler addresses the Court; advises that he confused some of the officers actions in his brief to the Court; will submit a corrected brief if it will help the Court.

   Mr. Outler calls retired APD Officer John Montoya as a witness; witness sworn.

   Direct by Mr. Outler; plays Officer Montoya's lapel video for the Court; Mr. Outler moves for admittance of Exhibit 3 (Officer Montoya's lapel video); without objection, the Court admits Exhibit 3.

10:03   Cross examination by Ms. Rivas; Exhibits B, C and D (photos of mobile home) tendered to the witness and the Court; offered for admittance; without objection, the Court admits Exhibits B, C, and D; Ms. Rivas continues cross exam; witness referred to Exhibit A (Warrant).

10:18   Redirect by Mr. Outler.

10:19 Witness excused.

Mr. Outler calls retired APD Officer Charles Chavez as a witness; witness sworn.

Direct exam by Mr. Outler; Mr. Outler plays Officer Chavez's lapel video for the Court; offered for admittance; without objection, the Court admits Officer Chavez's lapel video.

10:47 Cross examination by Ms. Rivas.

10:51 Redirect by Mr. Outler.

10:53 Recross by Ms. Rivas; Ms. Rivas replays Officer Chavez's lapel video.

10:56 The Court questions the witness.

10:58 Witness excused.

Mr. Outler calls APD Officer Zakkry Foster as a witness; witness sworn.

Direct by Mr. Outler; Mr. Outler plays Officer Foster's lapel video; Mr. Outler continues direct.

11:26 Cross examination by Ms. Rivas.

11:33 The Court questions the witness.

11:36 Witness excused.

Mr. Outler advises there is no further evidence from the Government.

Final argument by Mr. Outler.

11:43 Final argument by Ms. Rivas.

11:52 Mr. Outler replies.

11:54 The Court will take the matter under advisement and issue a ruling by the end of the week.

Court in recess.

## WITNESS/EXHIBIT LIST

|  |  | CR18-3475, USA v. Dunsworth |
|---|---|---|
| Plaintiff's Attorney:  Thomas Outler | Defendant's Attorney:  Irma Rivas | United States District Court District of New Mexico |
|  |  | Trial Date(s): 3/10/2020 |
| Presiding Judge:  **William P. Johnson** | Court Reporter: M. Loughran | Courtroom Deputy: R. Garcia |

| Exh. No. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|
| 3 | Officer Montoya |  |  |  | Officer Montoya's Lapel Video |
| B, C, and D | " | " |  | X | Photos of Mobile Home |
|  | Officer Chavez | " |  | X | Officer Chavez's Lapel Video |
|  | Officer Foster | " |  | X | Officer Foster's Lapel Video |
|  |  |  |  |  |  |