IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**,    ) | |
|                                                            ) | |
|             Plaintiff,                           ) | CRIMINAL NO. 18-03475-WJ |
|                                                            ) | |
| vs.                                                   ) | |
|                                                            ) | |
| **ROBERT DUNSWORTH**,           ) | |
|                                                            ) | |
|             Defendant.                         ) | |

### ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUPPRESSION OF STATEMENT

THIS MATTER came before the Court on the second unopposed motion of the United States for extension of time to answer Defendants' Motion for Suppression of Statement (Doc 59). The Court, being otherwise fully advised in the premises, FINDS that the ends of justice are served by the granting of the continuance sought and that the additional time outweighs the best interest of the public and the defendants in a speedy trial. The Court finds that the motion is well taken and will be GRANTED.

IT IS THEREFORE ORDERED that the United States is granted an extension to May 11, 2020, to file its response to Defendant's Motion for Suppression of Statement, filed March 23, 2020 (Doc. 59).

_____
HON. WILLIAM P. JOHNSON
CHIEF U.S. DISTRICT JUDGE