IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 18-03475-WJ |
| v. ) | |
| ) | |
| **ROBERT DUNSWORTH**, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR SUPPRESSION OF STATEMENT**

The United States of America, by and through Special Assistant U.S. Attorney Thomas A. Outler, respectfully moves this Court for an extension of time, until June 19, 2020, to respond to Defendant's Motion for Suppression of Statement (Doc. 59). As grounds therefore, the United States provides the following:

1. On October 23, 2018, Defendant was indicted and arrested for a violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2): Felon in Possession of a Firearm and Ammunition.

2. On January 7, 2019, Defendant was arraigned on the indictment, and was ordered to remain in the custody of the United States Marshals Service pending trial.

3. On March 23, 2020, Defendant filed his Motion for Suppression of Statement. *See* Doc. 59.

4. During the original and extended response time the parties have begun discussing a possible plea resolution of this case. Because access to in-custody clients has been impacted by

the COVID-19 pandemic, Counsel for Defendant needs additional time to discuss a possible resolution with Defendant.

5. The parties agree that there should be no further briefing on the Motion for Suppression of Statement until Defendant's counsel has an opportunity to discuss resolution of this case by plea. The requested extension will not impact any case deadlines.

6. Counsel for Defendant does not oppose the extension of time for filing the United States' response.

7. The parties agree that the needs of justice that would be served by granting the requested extension outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, the United States respectfully requests that this Court grant an extension of time, from the current response deadline of May 25, 2020, until June 19, 2020, for the filing of its response to Defendant's motion.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*/s/Thomas A. Outler*
Thomas A. Outler
Special Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 224-1484

I hereby certify that on May 26, 2020, I filed the
foregoing using CM/ECF, which caused
the following parties or counsel to
be served by electronic means, as more fully reflected
on the Notice of Electronic filing:

    Ms. Irma Rivas
    Attorney for Defendant
    Irma_Rivas@fd.org

/s/ *Thomas A. Outler*
Assistant United States Attorney