IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 18-03475-WJ |
| ) | |
| vs. ) | |
| ) | |
| **ROBERT DUNSWORTH**, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION
FOR EXTENTION OF TIME TO RESPOND TO DEFENDANT'S
MOTION FOR SUPPRESSION OF STATEMENT**

THIS MATTER came before the Court on the unopposed motion (Doc. 72) of the United States for extension of time to answer Defendants' Motion for Suppression of Statement, filed March 23, 2020 (Doc. 59). The Court, being otherwise fully advised in the premises, FINDS that the ends of justice are served by the granting of the continuance sought and that the additional time outweighs the best interest of the public and the defendants in a speedy trial. The Court finds that the motion is well taken and will be GRANTED.

IT IS THEREFORE ORDERED that the United States is granted an extension to July 6, 2020, to file its response to Defendant's Motion for Suppression of Statement (Doc. 59).

_____
HON. WILLIAM P. JOHNSON
CHIEF U.S. DISTRICT JUDGE